**Denied and Opinion Filed October 21, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01211-CV

## IN RE OSAYUKI MICHAEL OGBEIDE, Relator

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-04265-2024**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Nowell

Before the Court is relator's October 15, 2024 petition for writ of mandamus.

Relator challenges a purported order whereby the trial court vacated an order

granting relator's rule 91a motion to dismiss.

Relator's petition does not comply with the Texas Rules of Appellate

Procedure in numerous respects. *See* TEX. R. APP. P. 52.1; *id.* 52.3(a)–(d)(1), (e)–

(h), (j), (k)(1)(A); *id.* 52.7(a)(1). Thus, relator's petition does not satisfy the

requirements of the Texas Rules of Appellate Procedure for consideration of

mandamus relief. *See In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511, at

*1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem. op.) (denying

mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

Accordingly, we deny relator's petition.[1]


241211f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE

---

[1] We note that relator identifies the Honorable Andrea Bouressa as the respondent. The Court, however, takes judicial notice that Judge Bouressa no longer presides over the 471st Judicial District Court in Collin County; the Honorable Bryan Gantt now presides over that court.